# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**THOMAS MORRIS,**               Case No. 3:11-cv-428

      **Plaintiff,**          Judge Timothy S. Black

vs.

**COMMISSIONER OF
SOCIAL SECURITY,**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X   Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:** (1) THE ALJ'S NON-DISABILITY FINDING IS FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE, AND AFFIRMED; AND (2) THIS CASE IS CLOSED.

Date: September 26, 2012                    **JOHN P. HEHMAN, CLERK**

                                                                                                    By: s/Tempann Thomas
                                                                                                    Deputy Clerk